A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Mar 31, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Mar 16, 2010**

FILED
CLERK'S OFFICE

**IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION**

MDL No. 1905

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-47)**

On February 21, 2008, the Panel transferred 22 civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 536 F.Supp.2d 1375 (J.P.M.L. 2008). Since that time, 550 additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Richard H. Kyle.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Kyle.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of February 21, 2008, and, with the consent of that court, assigned to the Honorable Richard H. Kyle.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 31, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

sheet(s)
the record in my custody.
CERTIFIED_____ 20 10
Richard D. Sletten, Clerk
BY:

IN RE: MEDTRONIC, INC., SPRINT FIDELIS
LEADS PRODUCTS LIABILITY LITIGATION                MDL No. 1905

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

CALIFORNIA EASTERN
   CAE  2   10-336           John Vermeulen v. Medtronic USA, Inc.   10 - 1104      RHK/JSM

FLORIDA MIDDLE
   FLM  8   10-477           Steven Moore, et al. v. Medtronic, Inc., et al.   10 - 1105      RHK/JSM

FLORIDA SOUTHERN
   FLS  9   10-80328         Martha Ann Thomas, etc. v. Medtronic, Inc.   10 - 1106      RHK/JSM

ILLINOIS SOUTHERN
   ILS  3   10-92            Kathy Mueller, etc. v. Medtronic, Inc.   10 - 1107      RHK/JSM

MASSACHUSETTS
   ~~MA  4   10-40049~~       ~~Rosemary Soderberg, etc. v. Medtronic, Inc., et al.~~ Opposed 3/31/10

MARYLAND
   MD  8   10-529            John J. Glazier, Sr., etc. v. Medtronic, Inc., et al.   10 - 1108      RHK/JSM

NEW JERSEY
   NJ  1   10-814            Joann King v. Medtronic, Inc., et al.   10 - 1109      RHK/JSM
   NJ  1   10-815            Lenette Heinzinger, et al. v. Medtronic, Inc., et al.   10 - 1110      RHK/JSM

NEVADA
   NV  2   10-197            Lana R. Bates v. Medtronic, Inc.   10 - 1111      RHK/JSM

NEW YORK EASTERN
   NYE  1   09-5244          James Welch, Jr., et al. v. Medtronic, Inc., et al.   10 - 1112      RHK/JSM
   NYE  1   09-5246          Larry Mack v. Medtronic, Inc., et al.   10 - 1113      RHK/JSM
   NYE  1   10-220           Betty Parish v. Medtronic, Inc., et al.   10 - 1114      RHK/JSM
   NYE  1   10-746           Bernard Woronoff, et al. v. Medtronic, Inc., et al.   10 - 1115      RHK/JSM

PENNSYLVANIA EASTERN
   PAE  2   10-656           Ernest Nuskey v. Medtronic, Inc.   10 - 1116      RHK/JSM

TENNESSEE EASTERN
   TNE  3   10-81            Charles Bryant, etc. v. Medtronic, Inc., et al.   10 - 1117      RHK/JSM

WEST VIRGINIA SOUTHERN
   WVS  2   10-179           Danny E. Hicks, et al. v. Medtronic, Inc., et al.   10 - 1118      RHK/JSM